**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6005

GEOFFREY WILLIAM HINE,

                    Plaintiff – Appellant,

        v.

CHARLES SAMUELS, Director of B.O.P.; J. F. CARAWAY,
Regional Director; J. ANDREWS, Warden; MS. LINDSLEY, Unit
Manager; MR. BAXTER, Unit Case Manager,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever III,
Chief District Judge. (5:15-ct-03126-D)

Submitted:  May 31, 2016            Decided:  July 12, 2016

Before WILKINSON and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed and remanded by unpublished per curiam opinion.

Geoffrey William Hine, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Geoffrey William Hine seeks to appeal the district court's order dismissing without prejudice his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hine seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Central Va. Legal Aid, 807 F.3d 619 (4th Cir. 2015). Accordingly, we dismiss the appeal for lack of jurisdiction, and remand the case to the district court with instructions to allow Hine to file an amended complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED AND REMANDED